# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-cv-432-RJC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **APPROXIMATELY $101,990.58 IN** ) | |
| **UNITED STATES FUNDS,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** comes before the Court on its own motion. The Court ordered the forfeiture of $40,000 to the United States and the distribution of $61,990.58 to Arthur J. Babinski and AJB Properties, LLC dba East Coast Imports on August 6, 2012. (Doc. No. 9). Federal Rule of Civil Procedure 58 requires that every judgment be set out in a separate document. Therefore, the Court orders the Clerk to issue judgment in accordance with the Court's August 6, 2012 Order.

**IT IS, THEREFORE, ORDERED** that the Clerk shall issue judgment in accordance with the Court's August 6, 2012 Order.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge